BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00043-KJM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |
| v. | |
| JUDY RUTH MULLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with conspiracy related to a tax refund fraud scheme.

The parties agree that discovery in this case contains "Protected Information," including but not limited to, victim and witness tax information and records, social security numbers, and dates of birth. The Protective Order extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is entrusted to counsel only for the purposes of representing his client, the defendant, in this criminal case and for no other purpose. Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than his designated defense investigators, experts, and support staff. Defense counsel will have a duty to inform his defense investigators, experts, and support staff of this Order and provide them with a copy of it. Defense counsel may permit the defendant to review the Protected Information and be aware of its contents, but defendant shall not be given control of the Protected Information or provided any copies of the Protected Information that have not been redacted of the Protected Information.

Any person receiving Protected Information or a copy of the Protected Information from defendant's counsel shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Counsel agrees to store Protected Information in a secure place and to use care to ensure that information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case, defense counsel agrees to destroy all copies of Protected Information or to return the Protected Information to the United States and certify that this has been accomplished.

Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

Nothing in this Stipulation and Protective Order prevents defense counsel or the defendant from maintaining unredacted copies of records concerning the defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this Order.

DATE:  March 28, 2014            BENJAMIN B. WAGNER
                                 United States Attorney

                         By:     /s/ Sherry D. Hartel Haus
                                 SHERRY D. HARTEL HAUS
                                 Assistant U.S. Attorney

DATE:  March 28, 2014            /s/ Robin R. Scroggie
                                 ROBIN R. SCROGGIE
                                 Attorney for Defendant Judy Ruth Mullin

**IT IS SO ORDERED**:

Dated:  March 31, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Protective Order    2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on March 28, 2014, she served a copy of the STIPULATION AND [PROPOSED]PROTECTIVE ORDER RE:DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

Robin R. Scroggie
2863 Ocean Front Walk
San Diego, CA 92109

BENJAMIN B. WAGNER
United States Attorney

 /s/ Molly Struwe
MOLLY STRUWE

Stipulation and Proposed Protective Order

3