TASHA PARIS CHALFANT, SBN 207055
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Telephone:  (916) 444-6100
Fax:            (916) 930-6093
E-Mail:       tashachalfant@gmail.com

Attorney for Defendant
JUDY RUTH MULLIN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EDWIN FORREST LUDWIG IV,<br><br>        Defendant. | CR NO. 2:14-CR-00043 KJM<br><br>**MOTION FOR USMS TO PAY FOR DEFENDANT'S TRANSPORATION FROM BURBANK, CALIFORNIA  TO SACRAMENTO, CALIFORNIA, ONE NIGHT LODGING AND RETURN TRANSPORTATION FROM SACRAMENTO, CALIFORNIA TO BURBANK, CALIFORNIA AND ORDER** |

Ms. Mullin is a resident of Woodland Hills, California.  She is scheduled for a status conference court appearance on September 10, 2014 and I would also like to take this opportunity to meet with my client to discuss the case.  She is indigent and without sufficient financial resources to travel to court and return to Woodland Hills on her own. I have learned from other lawyers in this district that in situations like this, the U.S. Marshals Service are able to pay for transportation for defendants if they have a Court order directing them to do so.  Therefore, Ms. Mullin requests the court to issue an order

- 2 -

1  directing the U.S. Marshals Service to pay for the defendant's transportation from
2  Burbank, California (the closest airport to Woodland Hills, California), one night
3  lodging, and the return transportation from Sacramento, California to Burbank, California
4  because she is indigent and unable to pay for the costs of transporation and lodging on
5  her own.

                                          Respectfully submitted,

Dated: September 2, 2014          /s/ Tasha Paris Chalfant
                                            TASHA PARIS CHALFANT
                                            Attorney for Defendant
                                            JUDY RUTH MULLIN

**IT IS SO ORDERED**

Dated: September 2, 2014

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE