1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5              IN THE UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7  | UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00043-KJM |
   |---|---|
8  | Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: |
9  | v. | DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING |
10 | JUDY RUTH MULLIN, | PERSONAL IDENTIFYING INFORMATION |
11 | Defendant. | |

13      IT IS HEREBY STIPULATED AND AGREED by the parties that the documents provided
14 as discovery in this case to defense counsel are subject to a Protective Order.  Defendant is
15 charged with conspiracy related to a tax refund fraud scheme.
16      The parties agree that discovery in this case contains "Protected Information," including but
17 not limited to, victim and witness tax information and records, social security numbers, and dates
18 of birth.  The Protective Order extends to all documents provided, including those concerning
19 conduct not directly charged in the Indictment.
20      By signing this Stipulation, defense counsel agrees that the Protected Information is
21 entrusted to counsel only for the purposes of representing his client, the defendant, in this
22 criminal case and for no other purpose.  Further, defense counsel agrees not to share any
23 documents that contain Protected Information with anyone other than his designated defense
24 investigators, experts, and support staff.   Defense counsel will have a duty to inform his defense
25 investigators, experts, and support staff of this Order and provide them with a copy of it.
26 Defense counsel may permit the defendant to review the Protected Information and be aware of
27 its contents, but defendant shall not be given control of the Protected Information or provided
28 any copies of the Protected Information that have not been redacted of the Protected Information.

Any person receiving Protected Information or a copy of the Protected Information from defendant's counsel shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Counsel agrees to store Protected Information in a secure place and to use care to ensure that information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case, defense counsel agrees to destroy all copies of Protected Information or to return the Protected Information to the United States and certify that this has been accomplished.

Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

Nothing in this Stipulation and Protective Order prevents defense counsel or the defendant from maintaining unredacted copies of records concerning the defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this Order.

DATE:  April 2, 2015          BENJAMIN B. WAGNER
                              United States Attorney

                        By:    /s/ Sherry D. Hartel Haus
                              SHERRY D. HARTEL HAUS
                              Assistant U.S. Attorney


DATE:  April 2, 2015          /s/ Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ
                              Attorney for Defendant Judy Ruth Mullin

**IT IS SO ORDERED**:

DATED: April 2, 2015

                              HONORABLE EDMUND F. BRENNAN
                              United States Magistrate Judge

Stipulation and Proposed Protective Order                     2