CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JUDY MULLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUDY MULLIN, et al.<br><br>Defendants. | Case No.: 14-43 KJM<br><br>STIPULATION AND ORDER FOR MODIFICATION OF CONDITION OF RELEASE |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Sherry Haus, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Judy Mullin, that the pretrial release condition of a 7:00 p.m. curfew be extended to 11:00 p.m. on the date of July 19, 2015.  Defense counsel has discussed the one-time curfew extension with Pretrial Services Officer Amaryllis Gonzalez, who is not opposed.

    Ms. Mullin's daughter, Angelina Miranda, belongs to the CYSC All Stars cheerleading troupe, which is scheduled to perform at Knott's Berry Farm on July 19, 2015.  Ms. Mullin will have to purchase admission to the park for herself and her daughters at significant expense.  She would like to be able to allow her daughters to enjoy the day at the park following the performance until the park closes at 10:00 p.m., at which point Ms. Mullin would return home.

06/05/15

DATED:     June 4, 2015          /S/     Sherry Haus_____
                                 BENJAMIN B. WAGNER
                                 by SHERRY HAUS
                                 Attorney for Plaintiff


                                 /S/     Clemente M. Jiménez_____
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Judy Mullin


**ORDER**

IT IS SO ORDERED, that the defendant's pre-trial release condition be modified to extend her curfew of 7:00 p.m. to 11:00 p.m. on July 19, 2015.

This 5th day of June, 2015

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

06/05/15