1
2
3
4

CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

5

Attorney for JUDY MULLIN

6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| UNITED STATES OF AMERICA, | Case No.: 14-43 GEB |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| EDWIN FORREST LUDWIG, IV, et al., | DATE:   January 15, 2016 TIME:   9:00 a.m. |
| Defendants. | JUDGE:  Hon. Garland E. Burrell, Jr. |

16
17
18
19
20
21

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Sherry Haus, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Judy Mullin, that the status conference scheduled for January 15, 2016, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 22, 2016, at 9:00 a.m., for further status conference and anticipated change of plea.

22
23
24
25

    Based on recent discussions with the government, the defense anticipates receiving a revised plea agreement shortly.   Once in receipt of the revised plea agreement, defense counsel will require additional time to review it with Ms. Mullin, then confirm that the matter is ready to proceed with the government and the court.

26
27
28

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      January 13, 2016        /S/      Sherry Haus
                                    BENJAMIN B. WAGNER
                                    by SHERRY HAUS
                                    Attorney for Plaintiff


                                    /S/      Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Judy Mullin


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 15, 2016, at 9:00 a.m., be vacated and the matter continued to January 22, 2016, at 9:00 a.m., for further status conference and anticipated change of plea.  The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

Dated:  January 14, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

01/14/16